**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**



FILED
JUN 2 6 2007
CLERK, US DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA,

v.  CRIMINAL NO. 2:07cr103

JEREMY HARRY DROWNS,

    Defendant.

**REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY**

The Defendant, by consent, has appeared before me pursuant to Federal Rule of Criminal Procedure 11, and referral from a United States District Judge, and has entered a plea of guilty to Counts 1 and 2 of the Indictment. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty pleas were knowledgeable and voluntary, and that the offenses charged are supported by an independent basis in fact establishing each of the essential elements of such offenses. I therefore recommend that the pleas of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

                                                    /s/ _____
                                                UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia

June 26, 2007

## Clerk's Mailing Certificate

A copy of the foregoing Report was ~~mailed~~ distributed this date to each of the following:

    Walter B. Dalton, Esquire
    Office of the Federal Public Defender
    150 Boush Street, Suite 403
    Norfolk, Virginia 23510

    Michael C. Moore, Esquire
    Assistant United States Attorney
    8000 World Trade Center
    101 West Main Street
    Norfolk, Virginia 23510

Fernando Galindo, Clerk

By _____
    Deputy Clerk

_____June 28_____, 2007

Copies to: PTS, PO, USM
6/28/07
KG